**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SILVER, DARREN § Case No. 11-13045
SILVER, NANCY §
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. Dearborn Street
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/15/2013 in Courtroom 613,
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/15/2013          By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| SILVER, DARREN | § | Case No. 11-13045 |
| SILVER, NANCY | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| The Final Report shows receipts of | $ | 2,500.07 |
|---|---|---|
| and approved disbursements of | $ | 26.26 |
| leaving a balance on hand of[1] | $ | 2,473.81 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 625.02 | $ 0.00 | $ 625.02 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 11.88 | $ 0.00 | $ 11.88 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,636.90 |
| Remaining Balance | | $ | 836.91 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,441.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 16,679.75 | $ 0.00 | $ 147.81 |
| 000002 | FIA CARD SERVICES NA/BANK OF AMERICA NA/ | $ 9,027.16 | $ 0.00 | $ 80.00 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | $ 10,916.97 | $ 0.00 | $ 96.74 |
| 000004 | CHASE BANK USA, N.A. | $ 9,200.34 | $ 0.00 | $ 81.53 |
| 000005 | CHASE BANK USA, N.A. | $ 7,525.19 | $ 0.00 | $ 66.69 |
| 000006 | CHASE BANK USA, N.A. | $ 36,564.65 | $ 0.00 | $ 324.02 |
| 000007 | AMERICAN EXPRESS CENTURION BANK | $ 4,527.57 | $ 0.00 | $ 40.12 |

Total to be paid to timely general unsecured creditors         $         836.91

Remaining Balance         $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-13045-TAB
Darren Silver Chapter 7
Nancy Silver
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: csimmons     Page 1 of 3     Date Rcvd: Apr 17, 2013
                  Form ID: pdf006      Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2013.

```
db/jdb       +Darren Silver,   Nancy Silver,   2916 W. Jarlath Street,   Chicago, IL 60645-1216
aty          +William Cross,   Frank/Gecker LLP,   325 N. LaSalle St.,   Chicago, IL 60654-6465
aty           Zane L Zielinski,   Frank/Gecker LLP,   325 North LaSalle Street,   Suite 625,
               Chicago, IL 60610
17035778     +Alan Lasser,   4905 Old Orchard Center,   Suite 318,   Skokie, IL 60077-1470
17035779     +Alliance Plus LLC,   8170 N. McCormick Place,   Skokie, IL 60076-2961
17035780      American Express,   Attn: Bankruptcy Dept.,   2965 West Corporate Lakes BLVD.,
               Weston, FL 33331-3626
18111870      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17035781      Arie Crown Hebrew Day School,   4600 Main Street,   Skokie, IL 60076-2000
17035782      Bank of America,   Attn: Bankrupty Department,   PO Box 15019,   Wilmington, DE 19850-5019
17035784    ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Chase,   Attn: Bankruptcy Department,   P.O. Box 1093,
               Northridge, CA 91328)
17035783     +Capital One,   1680 Capital One Drive,   Mclean, VA 22102-3407
18044423      Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
               Charlotte, NC 28272-1083
18046580      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17035785     +Citimortgage,   P.O. Box 183040,   Columbus, OH 43218-3040
17035786     +Diagnostic Radiology Specialists,   5101 Willow Springs Rd,   La Grange, IL 60525-2600
17035788     +Dr T.A. Timesh Footcare Clinic,   4040 West Peterson,   Chicago, IL 60646-6179
17997070      FIA Card Services NA/Bank of America NA/,   MBNA America Bank NA,   PO Box 15102,
               Wilmington, DE 19886-5102
17035789     +Hebrew Theological College,   7135 North Carpenter Road,   Skokie, IL 60077-3263
17035790      Lake Michigan Credit Union,   P.O. Box 2848,   Grand Rapids, MI 49501-2848
17035791     +Melissa Rothner,   2201 Main Street,   Evanston, IL 60202-1519
17035792     +North Shore Health Systems,   9535 Eagle Way,   Chicago, IL 60678-1095
17035793     +North Shore University Health Sys,   9535 Eagle Way,   Chicago, IL 60678-1095
17035794     +PNC Bank,   c/o Weitman & Assoc,   180 N. LaSalle Street,   Chicago, IL 60601-2501
17035795     +Rush North Shore,   9535 Eagle Way,   Chicago, IL 60678-1095
17035796     +SCH Laboratoy Physicians,   5145 N California Avenue,,   Chicago, Illinois 60625-3661
17035797     +Swedish Convenant Hospital,   5145 N California Avenue,,   Chicago, Illinois 60625-3687
17035798     +Swedish Covenant Hospital,   5145 N California Avenue,,   Chicago, Illinois 60625-3687
17035799     +The Children's Place,   Processing Center,   Des Moines, IA 50364-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17035787       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2013 02:26:05      Discover,
                Attn: Bankruptcy Department,   12 Reads Way,   New Castle, DE 19720
17976163       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2013 02:26:05      Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
18144210       E-mail/Text: ECF@SHERMETA.COM Apr 18 2013 02:13:31      JPMorgan Chase Bank, N.A.,
                c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,   Rochester Hills, MI  48308-0908
                                                                                               TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: csimmons              Page 2 of 3            Date Rcvd: Apr 17, 2013
                               Form ID: pdf006             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2013**                     **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: csimmons              Page 3 of 3              Date Rcvd: Apr 17, 2013
                              Form ID: pdf006             Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2013 at the address(es) listed below:
         David R Herzog    on behalf of Joint Debtor Nancy  Silver drhlaw@mindspring.com,
          herzogschwartz@gmail.com
         David R Herzog    on behalf of Debtor Darren  Silver drhlaw@mindspring.com,
          herzogschwartz@gmail.com
         Frances  Gecker    fgecker@fgllp.com,
          fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                  TOTAL: 4