UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SILVER, DARREN | § | Case No. 11-13045 |
| SILVER, NANCY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| Bank of New York Mellon | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALAN LASSER | | | | | |
| | ALLIANCE PLUS LLC | | | | | |
| | ARIE CROWN HEBREW DAY SCHOOL | | | | | |
| | DIAGNOSTIC RADIOLOGY SPECIALISTS | | | | | |
| | DR. T.A. TIMESH FOOTCARE CLINIC | | | | | |
| | HEBREW THEOLOGICAL COLLEGE | | | | | |
| | MELISSA ROTHNER | | | | | |
| | NORTH SHORE HEALTH SYSTEMS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NORTH SHORE UNIVERSITY HEALTH SYS | | | | | |
| | PNC BANK | | | | | |
| | RUSH NORTH SHORE | | | | | |
| | SCH LABORATORY PHYSICIANS | | | | | |
| | SWEDISH COVENANT HOSPITAL | | | | | |
| | SWEDISH COVENANT HOSPITAL | | | | | |
| | THE CHILDREN'S PLACE | | | | | |
| 000007 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FIA CARD SERVICES NA/BANK OF AMERIC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-13045 | TAB | Judge: Timothy A. Barnes |
| --- | --- | --- | --- |
| Case Name: | SILVER, DARREN | | |
| | SILVER, NANCY | | |
| For Period Ending: | 06/26/13 | | |

| Trustee Name: | Frances Gecker |
| --- | --- |
| Date Filed (f) or Converted (c): | 03/29/11 (f) |
| 341(a) Meeting Date: | 05/10/11 |
| Claims Bar Date: | 01/24/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.07 | FA | 0.00 | 0.00 |
| 3. CASH | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. CHECKING ACCOUNT<br>Debtor Claimed Exemption | 20.00 | 20.00 | | 0.00 | FA | 0.00 | 20.00 |
| 5. SAVINGS ACCOUNT | 1,000.00 | 1,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. HOUSEHOLD GOODS<br>Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA | 0.00 | 1,500.00 |
| 7. WEARING APPAREL | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. INTERESTS IN INSURANCE POLICIES<br>Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. INTEREST IN IRA<br>Debtor Claimed Exemption | 3,500.00 | 0.00 | | 0.00 | FA | 0.00 | 3,500.00 |
| 10. STOCK<br>100% SHAREHOLDER MERKAVA TRANSPORT CONSULTANTS | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. TAX REFUNDS<br>Debtor Claimed Exemption | 6,600.00 | 3,219.00 | | 0.00 | FA | 0.00 | 3,381.00 |

LFORM1EX

UST Form 101-7-TDR (5/1/2011) (Page: 8)

Ver: 17.02d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | |
|---|---|
| Case No: 11-13045 TAB Judge: Timothy A. Barnes | Trustee Name: Frances Gecker |
| Case Name: SILVER, DARREN | Date Filed (f) or Converted (c): 03/29/11 (f) |
| SILVER, NANCY | 341(a) Meeting Date: 05/10/11 |
| | Claims Bar Date: 01/24/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 12. OTHER CONTINGENT CLAIMS  WAGE CLAIM - ALLIANCE PLANS LLC | 25,000.00 | 25,000.00 | | 2,500.00 | FA | 0.00 | 0.00 |
| 13. AUTOMOBILES, TRUCKS, TRAILERS  MAZDA  Debtor Claimed Exemption | 3,000.00 | 3,000.00 | | 0.00 | FA | 0.00 | 3,000.00 |
| 14. AUTOMOBILES, TRUCKS, TRAILERS | 8,000.00 | 8,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15. RESIDENCE  Debtor Claimed Exemption | 306,000.00 | 0.00 | | 0.00 | FA | 315,000.00 | 30,000.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $354,970.00 $40,589.00 $2,500.07 $0.00 $315,000.00 $41,401.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 02/01/12    Current Projected Date of Final Report (TFR): 03/29/13

      /s/    Frances Gecker
_____ Date: 06/26/13
      FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-13045 -TAB | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | SILVER, DARREN | | Bank Name: | BANK OF AMERICA |
| | SILVER, NANCY | | Account Number / CD #: | *******5692 MONEY MARKET |
| Taxpayer ID No: | *******6147 | | | |
| For Period Ending: | 06/26/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 09/12/11 | 12 | Alliance Plus LLC<br>8170 N. McCormick Blvd.<br>Suite 103<br>Skokie, IL 60076 | | 1149-000 | 2,500.00 | | 2,500.00 |
| C 09/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 2,500.01 |
| C 10/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,500.03 |
| C 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.18 | 2,496.85 |
| C 11/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,496.87 |
| C 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.08 | 2,493.79 |
| C 12/29/11 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,493.81 |
| C t 12/29/11 | | Transfer to Acct #*******2251 | Bank Funds Transfer | 9999-000 | | 2,493.81 | 0.00 |

Page Subtotals 2,500.07 2,500.07

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2 Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-13045 -TAB |
| Case Name: | SILVER, DARREN |
| | SILVER, NANCY |
| Taxpayer ID No: | *******6147 |
| For Period Ending: | 06/26/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5692  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 2,500.07 | 2,500.07 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,493.81 | |
| Subtotal | 2,500.07 | 6.26 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,500.07 | 6.26 | |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

Page Subtotals   0.00   0.00

Ver: 17.02d

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-13045 -TAB | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | SILVER, DARREN | Bank Name: | Congressional Bank |
| | SILVER, NANCY | Account Number / CD #: | *******2251 GENERAL CHECKING |
| Taxpayer ID No: | *******6147 | | |
| For Period Ending: | 06/26/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  12/29/11 | | Transfer from Acct #*******5692 | Bank Funds Transfer | 9999-000 | 2,493.81 | | 2,493.81 |
| C t  02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 2,493.81 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,493.81 | 2,493.81 | 0.00 |
| Less: Bank Transfers/CD's | 2,493.81 | 2,493.81 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

Page Subtotals        2,493.81        2,493.81

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-13045 -TAB | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | SILVER, DARREN | Bank Name: | Bank of New York Mellon |
| | SILVER, NANCY | Account Number / CD #: | *******7204 GENERAL CHECKING |
| Taxpayer ID No: | *******6147 | | |
| For Period Ending: | 06/26/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 2,493.81 | | 2,493.81 |
| C 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 2.03 | 2,491.78 |
| C 03/11/13 | | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 | | 7.97 | 2,483.81 |
| * C 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-003 | | 10.00 | 2,473.81 |
| * C 04/17/13 | | Reverses Adjustment OUT on 04/05/13 | BANK SERVICE FEE The Bank reversed it's service fee. | 2600-003 | | -10.00 | 2,483.81 |
| C 05/16/13 | 010000 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 625.02 | 1,858.79 |
| C 05/16/13 | 010001 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Attorney for Trustee Fees (Trustee Fees 1,000.00 Expenses 11.88 | 3110-000 3120-000 | | 1,011.88 | 846.91 |
| C 05/16/13 | 010002 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 0.90% | 7100-000 | | 149.58 | 697.33 |
| | | | Page Subtotals | | 2,493.81 | 1,796.48 | |

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-13045 -TAB | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | SILVER, DARREN | | Bank Name: | Bank of New York Mellon |
| | SILVER, NANCY | | Account Number / CD #: | *******7204 GENERAL CHECKING |
| Taxpayer ID No: | *******6147 | | | |
| For Period Ending: | 06/26/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 05/16/13 | 010003 | FIA CARD SERVICES NA/BANK OF AMERICA NA/<br>MBNA AMERICA BANK NA<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000002, Payment 0.90% | 7100-000 | | 80.95 | 616.38 |
| C 05/16/13 | 010004 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Claim 000003, Payment 0.90% | 7100-000 | | 97.90 | 518.48 |
| C 05/16/13 | 010005 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000004, Payment 0.90% | 7100-000 | | 82.50 | 435.98 |
| C 05/16/13 | 010006 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000005, Payment 0.90% | 7100-000 | | 67.48 | 368.50 |
| C 05/16/13 | 010007 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000006, Payment 0.90% | 7100-000 | | 327.90 | 40.60 |
| C 05/16/13 | 010008 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000007, Payment 0.90% | 7100-000 | | 40.60 | 0.00 |

Page Subtotals 0.00 697.33

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

Page: 6

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-13045 -TAB | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | SILVER, DARREN | | Bank Name: | Bank of New York Mellon |
| | SILVER, NANCY | | Account Number / CD #: | *******7204 GENERAL CHECKING |
| Taxpayer ID No: | *******6147 | | | |
| For Period Ending: | 06/26/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,493.81 | 2,493.81 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 2,493.81 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,493.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 2,493.81 | |

\* Reversed
t Funds Transfer
C Bank Cleared

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********5692 | 2,500.07 | 6.26 | 0.00 |
| GENERAL CHECKING - ********2251 | 0.00 | 0.00 | 0.00 |
| GENERAL CHECKING - ********7204 | 0.00 | 2,493.81 | 0.00 |
| | 2,500.07 | 2,500.07 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: ____/s/ Frances Gecker____ Date: 06/26/13
FRANCES GECKER

Page Subtotals   0.00   0.00

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*